W. W. ATKIN *et al.* v. THE WYANDOTTE COAL AND
LIME COMPANY.

No. 14,345.   (84 Pac. 1040.)

DEMURRER—*Action on a Surety Bond—Answer.* In an action on
a surety bond for material furnished to a contractor to pave
certain streets, a demurrer to the answer was held to have
been improperly sustained.

Error from Wyandotte court of common pleas;
WILLIAM G. HOLT, judge.   Opinion filed March 10,
1906.   Reversed.

*Frank Hagerman,* and *A. L. Berger,* for plaintiffs in
error.

*McFadden & Morris,* for defendant in error.

*Per Curiam:* In this case the facts are substantially
the same as those in the case of *Surety Co. v. Brick Co.,
ante,* p. 196, except that in this case the court sustained
a demurrer to the fifth count of the answer of defend-
ants.   In the other case plaintiff did not demur to this
defense, and the only question remaining in this case,
therefore, is whether the court should have sustained
the demurrer to the fifth defense or fifth count of the
answer, which set up as a defense that for the purpose
of procuring signatures to the petition for paving, and
to prevent competition in the prices charged for the
brick used, the Diamond Brick and Tile Company
secretly and fraudulently hired and paid numerous
resident owners of the lots fronting upon the street to
sign the petition, whereby there was procured what
could not otherwise have been procured—a pretended
majority of the feet fronting upon the street belonging
to resident owners—and that the proceedings were ab-
solutely void.   It was also alleged that if the plaintiff
sold any material to the contractor and delivered the
same for the paving, such sale and delivery were made

with full knowledge of the facts set up in this count of the answer. For the same reasons stated in the case of *Surety Co. v. Brick Co., supra,* we think this count of the answer stated a defense good against a demurrer.

The judgment is reversed.